IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RICHARD E. TRICE,

    Plaintiff,

vs.

CO II ALTON MOBLEY; CO II ROBERT
MADSON; CO STRICKLAND, and
CO II JOHN DOE, a/k/a "Spark Plug",

    Defendants.

CIVIL ACTION NO.: CV207-051

## ORDER

After an independent review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's case is **DISMISSED**, without prejudice. Plaintiff's Motion for an Extension of Time to Pay the Filing Fee is **DENIED**. If Plaintiff desires to proceed with this action he must *re-submit* his complaint along with the full filing fee. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 7th day of June, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)